FILED
APR 14 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>GUADALUPE SANCHEZ,<br><br>  Defendant. | Case No.: 15CR0373-WQH<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in Case No. 15CR0373-WQH against defendant GUADALUPE SANCHEZ be dismissed without prejudice and that defendant be released from custody.

IT IS SO ORDERED.

DATED: 4/14/15

_____
HONORABLE WILLIAM Q. HAYES
United States District Judge